## Commonwealth ex rel. Rohlfs *v.* Rohlfs, Appellant.

Argued March 18,

1975. *Victor J. Roberts*, with him *John A. Lord*, and *High, Swartz, Roberts & Seidel*, for appellant; *Jack A. Rounick*, with him *Jerold S. Berschler*, and *Pechner, Sacks, Dorfman, Rosen & Richardson*, for appellee.
Order affirmed.